ORIGINAL

FILED

2008 JUN -4 AM 10:31

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ____ DEPUTY

Unsealed 6/5/08

ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROLAND MONTEMAYOR, et al., Defendants. | Case No. '08 MJ 1757 **ORDER SEALING COMPLAINT AND ARREST WARRANTS** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint (along with the affidavit in support of the Complaint), arrest warrants for all of the named defendants, and this order, be sealed until further order of the Court.

DATED: JUN 4 2008.

HON. LEO S. PAPAS
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

MICHAEL J. CROWLEY
Assistant U.S. Attorney

**SEALED by Order of Magistrate Judge Leo S. Papas**
**Date JUN 4 2008**

Leo S. Papas
US Magistrate Judge