**PHILIP A. DeMASSA**
***A PROFESSIONAL CORPORATION***
***ATTORNEY AT LAW -Bar No. 47667***
***2356 Moore Street, Suite 201***
***San Diego, California 92110***
***Telephone: (619) 294-2777***
***Facsimile: (619) 294-2120***
Attorneys for Defendant
JORGE LOPEZ-HERRERA

FILED
JUN 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE LOPEZ-HERRERA,<br>Defendant. | Case No: 08mj1757<br>NOTICE OF SUBSTITUTION OF ATTORNEY |

Defendant JORGE LOPEZ-HERRERA substitutes Philip A. DeMassa, of Philip A. DeMassa, APC as his attorney of record in place and stead of attorney Jami L. Ferrara.

Dated: June 10, 2008

Jorge Lopez Herrera
JORGE LOPEZ-HERRERA

I accept the substitution of attorney.

Dated: June 10, 2008

PHILIP A. DeMASSA
Attorney for Defendant
JORGE LOPEZ-HERRERA

I consent to the substitution of attorney.

Dated: June 10, 2008

JAMI L. FERRARA

IT IS SO ORDERED

Dated: June 10, 2008

United States Magistrate Judge