unsealed 06-05-08

ORDERED SEALED BY COURT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

FILED

08 JUN 17 AM 8:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

FD# 1507215

*UNITED STATES OF AMERICA,*

*V.*

*ROLAND MONTEMAYOR et al.,*

***WARRANT FOR ARREST***

*Magistrate Case No.*

'08 MJ 1757

*To: The United States Marshal*
*and any Authorized United States Officer*

***YOU ARE HEREBY COMMANDED TO ARREST: JORGE LOPEZ-HERRERA, aka Pedro Bombas***
*Name*

*and bring him or her forthwith to the nearest magistrate judge to answer a*

*__ Indictment __ Information X Complaint __ Order of court __ Violation Notice __ Probation Violation Petition*

*The complaint charges defendant JORGE LOPEZ-HERRERA, aka Pedro Bombas, with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.*

RECEIVED
2008 JUN -4 A 11:13
U.S. MARSHAL
SOUTHERN DISTRICT CALIFORNIA

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

Leo S. Papas
US Magistrate Judge

| | |
|---|---|
| *Honorable Leo S. Papas* | *United States Magistrate Judge* |
| *Name of Issuing Officer* | *Title of Issuing Officer* |
| | *June 4, 2008, San Diego, California* |
| *Signature of Issuing Officer* | *Date and Location* |

*(By) Deputy Clerk*

6/5/08 FBI-SD

DATE
ARRESTED BY
STEVEN C. STAFFORD
U.S. MARSHAL S/CA
BY

***Bail Fixed at $*** **To be set in Court** By LEO S. PAPAS
***Name of Judicial Officer***

***RETURN***

*This warrant was received and executed with the arrest of the above-named defendant at*

| ***DATE RECEIVED*** | ***NAME AND TITLE OF ARRESTING OFFICER*** | ***SIGNATURE OF ARRESTING OFFICER*** |
|---|---|---|
| ***DATE OF ARREST*** | | |

CLASS II 'J' FBI 3599 (Dist of Meth)