unsealed 6/19/08 ajo

~~SEALED~~

FILED

2008 JUN 17 PM 3:20

BY KMH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND MONTEMAYOR (1),<br>aka Rolo,<br>JORGE LOPEZ-HERRERA(2),<br>aka Pedro Bombas,<br><br>Defendants. | Criminal Case No. '08 CR 2020 JM<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including April 6, 2007, within the Southern District of California, and elsewhere, defendants ROLAND MONTEMAYOR, aka Rolo, and JORGE LOPEZ-HERRERA, aka PEDRO Bombas, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

//

MIC:em:San Diego
6/17/08

ajo 17

unsealed 6/19/08 ajo

SEALED

FILED

2008 JUN 17 PM 3:20

KMH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROLAND MONTEMAYOR (1), aka Rolo,<br>JORGE LOPEZ-HERRERA(2), aka Pedro Bombas,<br>Defendants. | Criminal Case No. '08 CR 2020 JM<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including April 6, 2007, within the Southern District of California, and elsewhere, defendants ROLAND MONTEMAYOR, aka Rolo, and JORGE LOPEZ-HERRERA, aka PEDRO Bombas, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

//

MIC:em:San Diego
6/17/08

ajo 17

Count 2

On or about April 6, 2007, within the Southern District of California, defendants ROLAND MONTEMAYOR, aka Rolo, and JORGE LOPEZ-HERRERA, aka PEDRO Bombas, did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine (actual), to wit: approximately 68.9 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: June 17, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
MICHAEL J. CROWLEY
Assistant U.S. Attorney